UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 3:02-cr-31-J-20HTS

PAUL DONALD GRAHAM

_____/

## ORDER

This matter was before this Court on Defendant's "Emergency Motion Requesting Court ot Rescind Order to Health Care Treaters and Providers to Release Defendant's Psychotherapy Records" (Dkt. 55, filed Feb. 23, 2007). Upon consideration it is,

**ORDERED:**

(1) Defendant's Emergency Motion (Dkt. 55, filed Feb. 23, 2007) is **GRANTED**;

(2) This Court Order (Dtk. 54, filed Feb. 21, 2007) is **VACATED IN PART**; the probation officer is only required to released to Maurice C. Grant, II, defense counsel, and Ronald T. Henry, an Assistant United States Attorney, documents in the officer's possession prior to **noon on February 21, 2007**. The documents to be released from the probation officer must be done so no later than **5:00 p.m., Friday, February 23, 2007**; and

(3) Defendant's health care treaters and providers are not required to release Defendant's treatement records.

**DONE AND ENTERED** at Jacksonville, Florida this 23rd day of February, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Ronald T. Henry, Esq.
Maurice C. Grant, II, Esq.