UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2007 MAR 26 A 11: 08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.   Case No. 3:02-cr-31-J-20HTS

PAUL DONALD GRAHAM

_____/

## SUPERVISED RELEASE REVOCATION and JUDGMENT AND COMMITMENT

On March 26, 2007, Ronald T. Henry, Assistant United States Attorney, and the Defendant, PAUL DONALD GRAHAM, appeared in person and with his counsel, Maurice C. Grant, II, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 42, filed January 16, 2007).

The Defendant, having heretofore been convicted on August 27, 2002, in Case No. 3:02-cr-31-J-20TJC, of offense charged, to wit: Receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2), as charged in Count One of the Indictment; and was sentenced to imprisonment for a term of 41 months; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 42, filed January 16, 2007) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twelve (12) months**.

3. Upon release from confinement, the Defendant shall be on supervised release for a term of **24 months**, under the following special conditions:

a. The Defendant shall participate in a mental health program specializing in sexual offender treatment approved by the probation officer, and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing and Computer Voice Stress Analysis (CVSA). Further, the Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

b. The Defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carry's on a vocation, or is a student, as directed by the probation officer.

c. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the Defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

d. The Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

e. The Defendant is prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

f. The Defendant shall not possess or use a computer with access to any on line services at any location (including employment) without written approval from the probation officer. This includes access through any internet service provider, bulletin board system, or any public or private computer network system. The Defendant shall permit routine inspection of his computer system, hard drives, and other media storage materials, to confirm adherence to this condition. The inspection shall be no more intrusive than is necessary to ensure compliance with this condition. The Defendant shall inform his employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

g. The Defendant shall submit to a search of his person, residence, place of business, computer, or vehicle, conducted by the probation officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; and Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

3. The Defendant is remanded to the custody of the United States Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of March, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Ronald T. Henry, Esq.
Maurice C. Grant, II, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office

-3-