UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2008 MAY 14 PM 4:00

JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.   Case No. 3:02-cr-31-J-20HTS

PAUL DONALD GRAHAM
_____/

### ORDER AMENDING JUDGMENT

The above-named Defendant appeared before this Court on March 26, 2007, for hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 42, filed January 16, 2007). The Court subsequently entered its Supervised Release Revocation and Judgment and Commitment Order (Doc. No. 59) on March 26, 2007.

It has come to the attention of the Court that conditions of supervised release that were pronounced in open court at the proceeding on March 26, 2007 were inadvertently omitted from the Judgment and Commitment Order. Therefore, the Supervised Release Revocation and Judgment and Commitment Order (Doc. No. 59, filed March 26, 2007) is **AMENDED** as follows to add the following two (2) special conditions of supervision:

a. The Defendant shall participate in the Home Detention program for a period of **twelve (12) months**. During this time, Defendant will remain at his place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring

device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the Defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

b. The Defendant will also abstain from consuming, possessing, jointly, solely, actually or constructive any alcoholic beverage during the period of supervision. Defendant is prohibited from following anybody under the age of 18 at any time for any reason.

In all other respects the Supervised Release Revocation and Judgment and Commitment Order (Doc. No. 59, filed March 26, 2007) shall remain in full force and effect.

**DONE AND ORDERED** at Jacksonville, Florida, this _14th_ day of May, 2008.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Ronald T. Henry, Esq.
Maurice C. Grant, II, Esq.
U.S. Marshal
U.S. Probation

Defendant

-2-